**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 11, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00142-CV

---

### IN RE U. L., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-53465**

---

## MEMORANDUM OPINION

On March 3, 2022, relator U.L., mother in the underlying matter, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jim Evans, presiding judge of the 507th District Court of Harris County, to vacate the trial court's February 1, 2022, temporary orders in a suit to modify parent-child relationship.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.